UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA & VICINITY,<br><br>Plaintiffs,<br><br>v.<br><br>MOULTON LADDER & SCAFFOLDING, LLC,<br><br>Defendant. | No. 1:20-cv-14938-NLH-KMW<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 19th day of August, 2021

ORDERED that Plaintiffs' Motion for Default Judgment [ECF No. 6] be, and the same hereby is, DENIED without prejudice.

At Camden, New Jersey

/s Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.