UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA & VICINITY, | No. 1:20-cv-14938-NLH-KMW |
| Plaintiffs, | **ORDER** |
| v. | |
| MOULTON LADDER & SCAFFOLDING, LLC, | |
| Defendant. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 11th day of February, 2022

ORDERED that Plaintiffs' Motion for Default Judgment [ECF 12] be, and the same hereby is, DENIED without prejudice.

At Camden, New Jersey

/s Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.